# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-2286

_____

Scott Batcher,

*Plaintiff - Appellant,*

v.

Wells Fargo Bank N.A.,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: February 2, 2021
Filed: February 10, 2021
[Unpublished]

_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Scott Batcher appeals the district court's[1] grant of summary judgment for Wells Fargo Bank in this employment discrimination action. After *de novo* review

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

of the record and the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____